1420

## RECONSIDERATION OF PRIOR DECISIONS

**2007–0755.   State v. Maxwell.**
Cuyahoga C.P. No. CR475400. Reported in 139 Ohio St.3d 12, 2014-Ohio-1019, 9 N.E.3d 930. On motion for reconsideration and to stay issuance of mandate. Motion denied.

O'NEILL, J., dissents.

**2013–0952.   State ex rel. West v. McDonnell.**
Cuyahoga App. No. 99085, 2013-Ohio-1043. Reported in 139 Ohio St.3d 120, 2014-Ohio-1563, 9 N.E.3d 1030. On motion for reconsideration. Motion denied.